IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Cowan, 243426 )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:06cv684-MHT
 )   (To be supplied by Clerk of
S. E. Wilson, Cpl., )   U.S. District Court)
Nonie M. Robinson )
_____ )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock County Correctional Facility, Union Springs, Mt. Meigs, AL 36089, P.O. Box 150 5107

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Montgomery Police Department, City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. Cpl. S.E. Wilson, 320 North Ripley Street, Montgomery, AL
2. Mrs. Nonie M. Robinson, P.O. Box 571, Grove Hill, AL
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5/26/03

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cpl. S.E. Wilson gave the keys to my home and car to my in-laws without my permission.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about the 26th of May, 2003, Cpl. S.E. Wilson gave the keys to my home to Mrs. Nonie Mae Robinson, who, afterwards, went to my home and removed everything; including two ceiling fans, a chandelier, and a refrigerator, without my permission. She also had all of the mail redirected to her address in Grove Hill, Alabama, which led to my losing communication with the Mortgage and resulted in the foreclosure of the property that I was buying.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the Court to secure for me the money value of the clothing, computer and accessories, furniture, and cars (at the time that they were taken).

_James Cowan_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 10, 2006.
             (Date)

_James Cowan_
Signature of plaintiff(s)

Subscribed and Sworn Before me this 10th day of July, 2006.

My Commission Expires: 12-15-2009

_Cynthia Parker_
Notary Public

4