IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES COWAN, #243426,      )
                         )
      Plaintiff,      )
                         )
v.                     )     CIVIL ACTION NO. 2:06cv684-MHT
                         )             (WO)
S. E. WILSON, et al.,      )
                         )
      Defendants.      )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 14, 2006 (doc. no. 4), said Recommendation is adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1.    The claim presented against defendant Nonie M. Robinson is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. §1915(e)(2)(B)(i).

2.    The claim against defendant S. E. Wilson is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) as Cowan failed to file the complaint within the time prescribed by the applicable period of limitations.

3.     This case is DISMISSED with prejudice prior to service of process under 28

U.S.C. § 1915(e)(2)(B)(i).

DONE, this the 25th  day of September, 2006.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE